GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
RYAN J. ELLERSICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.ellersick3@usdoj.gov
Attorneys for Plaintiff

FILED

2021 JUN 30 AM 4: 12

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01529 TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 371<br>(Conspiracy to Commit Bribery and Alien Smuggling)<br>Count 1 |
| Luis Alfredo Quintero-Gonzalez, | 18 U.S.C. § 201<br>(Bribery)<br>Count 2 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
(Conspiracy to Commit Bribery and Alien Smuggling)
(18 U.S.C. § 371)

*The Conspiracy and its Objects*

1. From in or about August 2019 to in or about December 2019, in the District of Arizona and elsewhere, LUIS ALFREDO QUINTERO-GONZALEZ, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury to commit the following offenses:

   a. to directly and indirectly corruptly give, offer, and promise anything of value to any public official; that is, large cash payments to United States Border Patrol Agent Carlos Victor Passapera Pinott (who is charged separately) with intent

to induce Passapera to do or omit to do any act in violation of Passapera's lawful duties; that is, to assist QUINTERO-GONZALEZ to smuggle illegal aliens into the United States and not to interdict and investigate the entry and transportation of the illegal aliens, in violation of Title 18, United States Code, Section 201(b)(2)(C); and

      b.    to knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, transport and move and attempt to transport and move such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, in violation of Title 8 United States Code, Section 1324(a)(1)(A)(ii).

*Purpose of the Conspiracy*

2. The purpose of the conspiracy was for QUINTERO-GONZALEZ to profit from smuggling illegal aliens into the United States undetected using Passapera's official position as a Border Patrol Agent, and to enrich himself and Passapera through bribery.

*Manner and Means of the Conspiracy*

3. The manner and means by which QUINTERO-GONZALEZ and his co-conspirators carried out the conspiracy included, but were not limited to, the following:

      a.    QUINTERO-GONZALEZ offered and gave large cash payments to Passapera in return for Passapera's assistance to transport illegal aliens further into the United States. QUINTERO-GONZALEZ routinely paid Passapera a $5,000 cash deposit to transport an illegal alien, and Passapera ultimately charged between $12,000 and $15,000 per alien.

      b.    QUINTERO-GONZALEZ and Passapera communicated using cellular telephones to coordinate the smuggling and transportation of illegal aliens, including sending and receiving information about the locations of the illegal aliens along the border and dates and times when they would be picked up by Passapera.

      c.    Passapera picked up illegal aliens from areas along the international border near the Lukeville Port of Entry, transported the aliens through Border Patrol checkpoints, and delivered the aliens to various destinations in the Phoenix, Arizona area,

including to the residences of QUINTERO-GONZALEZ's family members, all in coordination with QUINTERO-GONZALEZ.

*Overt Acts of the Conspiracy*

4. In furtherance of the conspiracy, and to accomplish its objects, QUINTERO-GONZALEZ and his co-conspirators committed the following overt acts, among others, in the District of Arizona and elsewhere:

    a. On or about August 29, 2019, QUINTERO-GONZALEZ and Passapera exchanged messages about smuggling one of QUINTERO-GONZALEZ's family members into the United States.

    b. On or about September 6, 2019, QUINTERO-GONZALEZ messaged Passapera about smuggling an individual from Ecuador.

    c. On or about November 2, 2019, QUINTERO-GONZALEZ messaged Passapera about picking up the "deposit."

    d. On or about November 6, 2019, Passapera messaged QUINTERO-GONZALEZ that there was a problem and he was only given "7" and was missing a "thousand." QUINTERO-GONZALEZ replied that it was a mistake and Passapera could come by the following day to pick it up.

All in violation of Title 18, United States Code, Section 371.

**COUNT 2**
(Bribery)
(18 U.S.C. § 201)

5. On or about November 6, 2019, in the District of Arizona, LUIS ALFREDO QUINTERO-GONZALEZ directly and indirectly did corruptly give, offer, and promise anything of value to any public official; that is, approximately $7,000 in cash to United States Border Patrol Agent Carlos Victor Passapera Pinott, with intent to induce Passapera to do or omit to do any act in violation of Passapera's lawful duties; that is, to assist QUINTERO-GONZALEZ to smuggle and transport illegal aliens into the United States

and not to interdict and investigate the entry and transportation of the illegal aliens, in violation of Title 18, United States Code, Section 201(b)(2)(C).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: June 30, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/s/

RYAN J. ELLERSICK
Assistant U.S. Attorney

**REDACTED FOR PUBLIC DISCLOSURE**